UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

* * * * * * * * * * * * * * * * * * * *
Chariho Regional School District *
*
v. * C.A. No. 05-16L
*
John Doe and Jane Doe, *
Parents of J. Doe *
*
* * * * * * * * * * * * * * * * * * * *

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41**

This matter has been settled. All claims of all parties (including claims for counsel fees) may be dismissed.

John Doe and Jane Doe,
Parents of J. Doe
By their attorney

H. Jefferson Melish, RI Bar No. 3100
74 Main Street
Wakefield, RI 02879

Chariho Regional School District,

By its attorney

John G. Earle, RI Bar No. 2406
Breslin, Sweeney & Earle, LLP
222 Jefferson Blvd., Suite 300
Warwick, RI 02888

Enter: Ronald R. Lagueux
Sr. USDJ 8/3/05