Chariho Regional School District

Plaintiff

VS: CA No. 05-16L

John Doe and Jane Doe, Parents of J. Doe

Defendant

EXHIBIT RECEIPT

I hereby acknowledge receipt of the Administrative Record, IN RE: J. Doe v. School District dated December 16, 2004.

______________________
Attorney

8-12-05
______________________
Dated: